**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NORTHEASTERN DIVISION**

| | | |
|---|---|---|
| CLAUDETTE SUE YOUNGS, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No.  2:14-cv-00044 |
| | ) | Judge Trauger |
| SOCIAL SECURITY ADMINISTRATION, | ) | |
| | ) | |
|     Defendant. | ) | |

## <u>ORDER</u>

On March 15, 2017, the magistrate judge issued a Report and Recommendation  (Docket No. 18), to which no timely objections have been filed.  The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court.  For the reasons expressed therein, it is hereby ORDERED that the plaintiff's Motion for Judgment on the Administrative Record (Docket No. 13) is DENIED, and the Commissioner's decision is AFFIRMED.

This Order constitutes the judgment in this case.

It is so **ORDERED**.

ENTER this 25th day of April 2017.

_____
ALETA A. TRAUGER
U.S. District Judge